Case No. 15-7005 Robert Cohen Appellant v. Board of Trustees of the University of the District of Columbia Co-Chair Dr. Eileen Kreider and their official capacities as Trustees for the University System for the University of the District of Columbia and its Flagship University of the District of Columbia at Elle Mr. King for the Appellant, Ms. Abrams for the Appellees Good morning Good morning Your Honor May it please the Court, Tyler King on behalf of the Appellant in this matter For the most part, the Appellant has briefed the issues in the brief and I'm going to keep this brief and I want to briefly start by stating that I'm extremely embarrassed and humbled to be here today I would have much rather liked to be here for the first time dealing with a case about the merits like the previous case that involves important issues Instead, I'm here on a question of why my client filed papers late And believe me, I understand the importance of judges' case management orders and scheduling I've never clerked before, so I don't notice what happens behind the scenes But I do know that judges deal with hundreds, if not thousands of cases at a time And here you're dealing with three appeals today That would be very difficult to manage for anyone, I would think Can I just clarify your position? As I understand it, your argument is that this one just doesn't fit the 7B mold That it wasn't properly invoked, in this case, under these circumstances Not that 7B can't be used at the 12B6 stage Just as it was applied here, this one didn't quite fit the bill It's important for me to always look to redeeming aspects to cases and matters And I can do that here Because I can say that, for me, the redeeming aspect of this case is that I personally believe in what the appellant's position is in this case Usually I don't refer to cases in the first person It's not my case, it's not my position, etc. But I personally believe in this position And the position is based upon the fact that In my relatively new experience with the justice system Of the various things that surprise me the most One of the most surprising things is that Judges, trial judges, don't necessarily, in every case Try to figure out who's right and who's wrong on a legal issue And instead, they will often, not in every case, but often And it seems like more often than not, they just pick a side And in this kind of case, where you're dealing with a legal question Of whether or not the complaint states a claim To pick a side by default, to me It doesn't do what the judge is supposed to do I don't know what you mean by picking a side Are you suggesting favoritism by the district court? Or bias by the district court? Well, no, I'm referring to the distinction here where The judge always has to pick a side So it's not a question of picking a side It is how that decision is made And in this particular scenario, where you have a rule that says That the failure to file a paper can be deemed a concession A judge can use this as an opportunity to pick a side Without actually having to determine What the initial question was to begin with Can I ask you, Mr. King, how do you I think this is sort of maybe what Judge Willett was getting at How do you distinguish your case from the precedent That binds us here, which is Fox's opinion Which said that it's a permissible use of the local rule To apply it to deem a 12B6 motion to be conceded And to dismiss the case on its merits Fox is definitely not a good case For the appellant in this particular scenario The facts, though, Fox can easily be distinguished on the facts Because in Fox you had a counsel who didn't check the docket Okay, this was a key factual distinction that But that happened in your case Well, no, that's the key There was a check, but it was an inept check And it seemed erroneously to someone in your office That no motion to dismiss had been filed But no follow-up to present counsel No follow-up to the court Hey, this looks like part of a pleading It seems really the same That's a pretty fine distinction I think that it's a fine distinction But it's an important and substantial distinction Between not checking to see whether or not Something's been going on And actively, diligently checking And doing things to follow up The other part of that Sorry, what did you do to follow up? To continue to check the docket So you had confirming with us You didn't check it in time to meet the deadline for filing I'm sorry? You didn't check it in time to meet the deadline for filing That's correct, Your Honor I don't understand Because I don't understand how your distinction Makes any legal difference with integrity How he could explain to, I don't know, Mr. or Mrs. Fox Or whatever in that case Why they lost and you pre-failed Because you clicked on the wrong link? Well, again, Your Honor, it's not as simple as that Because, again, in Fox The issue in Fox was that The attorney said that their email wasn't working And so because their email wasn't working They didn't get the notice That's not what happened here And then in that case No, it seems worse Because you actually had notice That something looked like it was filed That's worse for you Something was filed and clicked It didn't look like it was complete And you didn't do anything with it Again, Your Honor That's the same type of thing That the lower court has sort of said In that nothing was done about it But, again, the full facts are that Diligent efforts were made To try to figure out what was going on With this motion So confirming with other people in the office Do you also see that it's not been filed correctly? Yes Other people? You said it was one other person Right Okay, so you got one other person And checking again the next week To look at To check the docket again And then what is most important in this case Maybe not most important But what is also an extremely important fact In this case Is that The other party filed Or not filed But served a Rule 11 notice Okay The Rule 11 notice Indicated all of the exact same arguments That were presented in the motion to dismiss They did this at a particular time In the proceeding That caused the filing of the motion to dismiss To appear to be Perhaps Not correct So, for example The Rule 11 notice is Is withdraw your complaint Or refile a Rule 11 notice Your complaint is frivolous And it does all the same arguments As the motion to dismiss In the process of responding to that notice The appellant was Responding to all the arguments In the motion to dismiss So to say that And that wasn't filed with the court No, it wasn't It wasn't filed Because As the Rule 11 is supposed to function Exchange of documents And respond to that Complaint was withdrawn Yes, Your Honor The response to the Rule 11 notice Wasn't filed with the court But the Rule 11 motion Also wasn't filed with the court And as the record reflects But the motion for To dismiss So the case for failure So we get claim one So the court didn't have the benefit Of the arguments that you say Were responsive To the reasons that That the Defendants were proffering For dismissing your complaint Well, the The court ultimately did have Those arguments because In the process of Responding to the Rule 11 notice That's when it was discovered that This document had Potentially been filed correctly And immediately a motion was filed To extend time to oppose the motion to dismiss It's really unclear If all the arguments In opposition to the motion to dismiss Had actually been prepared and written out In the submission that was exchanged On the Rule 11 proceeding Why did a new caption get put on that And it was filed that day? Because this case was Not that simple Because the legal arguments at issue In this case Were extreme Are extremely complex And We're talking about the merits The merits arguments are complex The merits are extremely complex And getting to Being able to establish the threshold Issue on whether or not If we didn't agree with your With your ability to distinguish Fox If we disagreed with you Where are you left then? You have to ask us to overrule Fox, right? Well, I The Fox should be overruled If it stands for the proposition That A complaint In and of itself Doesn't self-evidently State a claim What do you mean self-evidently? How's that going to work? District Court here Also denied your extension motion Because you didn't manage to Brief that on time Either So if If that was properly denied You don't get an extension So you just can't file a brief How is the district court Supposed to pick up this complaint And figure out Well, we got a Zaire motion to dismiss How is the district court supposed to figure out Whether it states a claim? When it's very As you just said Very complicated and difficult case Is the district court supposed to do your work for you? What criteria does the district court have? Look, I'm I'm sorry, but It's not the Plaintiff's Duty To jump through An additional hoop To Further Explicate Why the Complaint States a claim When It's already been Asserted Is your point that That the burden remains With the movement of 12b-6? That that's That's what the rule provides That if you're going to file a 12b-6 motion You And prevail on it You have to make The case The movement has to make the case Yes, your honor Because here's a very Here's a very simple Situation The motion to dismiss is Is meritless But the judge is going to Dismiss the case because Of a meritless motion to dismiss That doesn't make sense What do I do with the incentive then For someone just to not respond Because I'd rather have the district court And the district court's law clerk figure out Why I state a claim They might have better ideas Than I do So if I just don't file something They'll do the work for me What do I do with that, Marie? I I respect That point I think that it's an Extremely important point But I don't think that this is about Who does whose work No, what I'm asking you functionally How this is going to work In your view Where you're not allowed to file the brief We've got one in there And trust me Motions to dismiss can be very hard Supreme Court decides cases That get there on a motion to dismiss So they can They cannot be self-evident From the complaint It can require a lot of research And a record To understand Not the record But whatever material Sometimes complaints come With large attachments to them That has to get sorted through So that can be a very hard job So I'm really trying to figure out How this is supposed to work Within an adversarial system When The non-movement Doesn't do anything What burden are we leaving On the district court there? Well, essentially It comes down to the Burden of persuasion And the burden of production You have Don't you have some rules That help out there? Rule 41 Rule 55 Aren't there rules In the federal rules Of civil procedure That deal with Failure to act Either Wouldn't that be helpful to you? Well, yes, Your Honor I mean, essentially You have, I think, two Sort of discrete issues The one issue is Whether or not as a legal question A complaint can be deemed Not to state a claim Even if it does And then the second is When do you begin to sanction Parties For failing to respond to things? And You know, certainly I can understand There's an avenue For sanctioning Conduct That Results in In making this process More difficult for That's what rule 41's about, right? I mean, if you have a failure To prosecute a claim That rule exists But you're also talking about Lawyer sanction You can sanction someone Under what authority? I mean, it's sort of curious It's not really a Rule 11 Sanction For failure to file a brief? Is it just with the residual authority Of the court? Inherent power Inherent power Yes, yes So you're saying it's better To sanction the lawyer Who fell down on the job Than to punish the client With a preclusive Merits ruling against the client Because the lawyer Has the deadline Yes, at a certain point If it's going to come down to To A sanction Then it should be done As a sanction And it shouldn't be done Under the guise of This is conceded And let me just Well, what sanction That's permissible At least under rule 11 And I realize It's not directly Doesn't directly fit here But There is an available Sanction of dismissal That is Yes, yes Albeit an extreme sanction But that is A case can be Dismissed as a sanction Without ruling on The legal merits Even if in fact The complaint Stated a claim It could be dismissed Because of Under rule 41b Correct? Yes, okay A complaint can be Dismissed for Failure to process So there's no Cross-cutting obligation To always When a motion to dismiss Is filed Make that Legal ruling As to whether The movement Has met their burden Of showing 12b6 met If they had I know this isn't your case But if someone files A motion to dismiss And the attorney Doesn't file And A year goes by They keep missing Deadlines Keep asking for Filing late extension motions And then missing The next deadline So let's just say This went on Month after month After month And never actually Got around to filing it A district court There Could under 41b Dismiss the case Without ever actually Asking Whether they got Whether the movement Met their burden Under 12b6 I should think Yes, your honor And I think That my understanding Of the analysis Though is that If you are going To dismiss A case Under that rule As a sanction You're using A much different Standard of Review Different analysis Of the situation And The conduct That's going to be There's more process Involved And greater protections Yes What are the greater Protections Well the standard The standard of law Is such that The conduct Has to be No extra Procedural protections So you have to Make specific Determinations I don't know Offhand Your honor Whether or not Rule 41 requires A notice Some sort of Show cause Order prior to Dismissal But Your honor If we were to Agree with you About About 7b Should we reach The merits It doesn't seem Like they've been Fully briefed here What Should Should The merits Of whether Or not It's actually A limitations issue The Exhaustion of Remedies issue What are you asking Us to do I think that That the court If it Would want to That it should reach The merits Because I don't know I don't The With Did Did your client Ever pursue The administrative Remedies outlined In the personnel Act No he didn't He had Two Two avenues To choose He could go Through the Office of Administrative Hearings Or he Could Go Through The court And in this Case It becomes Extremely complex Because He didn't Pursue the Administrative Remedies No he Did not One Just quick Point to I wanted To point Out that On this Question of The Rule 7b One of the Ways in which Other circuits Deal with it In the first Circuit From one of the Cases that Cited Essentially There's an Understanding that The 7b Rule has to Do with Conceding Portions of An argument Or portions Of a case And it's Not intended To be a Wholesale Idea that An entire Case is Conceded So you Have When something Is When A paper Is filed It requires A response And a Response is Given but It doesn't Cover all Of what It might Respond to It's a Part of It Another Question About Assuming That we Were We to Accept The position That you Advocate Which is That the Rule 12b6 Movement Bears a Burden And therefore  Absence Of a Response The District Judge Should do Her best Or his Best to Decide Whether the Complaint States a Claim Let's Say in That situation The District Judge Does Not State a Claim And the Case Goes on Appeal In that Case How Could The Appeal Proceed Where The Plaintiff Has Forfeit All The Legal  Benefits Of The  And Whether The District Judge Should Do Her Best to Decide Whether The Plaintiff Should Do Her Best to Decide Whether The District Judge Should Do Her Best to Decide   District Judge Should Decide Whether The District Judge Should Decide District Judge  Decide Whether The District Whether the District Judge  Decide Whether Will Decide Whether      Whether    Decide Whether the District Judge Will Decide Whether the District Judge Will Decide Whether the District Judge Will Decide whether the       District  Will Decide Whether the District Judge Will Decide Whether the District Judge Will Decide Whether the District Judge Will Decide  the  Judge Will Decide Whether did the District Judge Will Decide Whether Age Judge Will Decide whether age is We must fall in   Judge Will Decide whether age is  must fall in the District Judge Will  is must fall  the District Judge Will in the District Judge  Decide whether age is
judges: Griffith, Millett, Pillard